

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00291-CV

Castine McIlhargey and Jody McIntyre, Individually, and Derivatively on Behalf of A+ Pro Recovery and Towing, LLC
v.
Erik M. Hager, Jason Rios, Eduardo Pena, Joanna Pena, and South Padre Towing and Recovery, LLC

On Appeal from the
107th District Court of Cameron County, Texas
Trial Court Cause No. 2020-DCL-03294-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

October 28, 2021